# SUPREME COURT OF SOUTH DAKOTA

| | | | |
|---|---|---|---|
| State v. Gagne | 27756 | 10/11/2016 | Affirmed (CM) |
| State v. Mayfield | 27735 | 10/11/2016 | Affirmed (JWD) |
| State v. Mayfield | 27734 | 10/11/2016 | Affirmed (JWD) |
| State v. Thorstenson | 27729, 27730, 27731, 27732, 27733 | 10/11/2016 | Affirmed (GJS) |
| State v. Guevarasorto | 27513 | 10/11/2016 | Affirmed (MS) |
| State v. Johnson | 27764 | 10/11/2016 | Affirmed (RG) |
| Bergstedt v. Young | 27767 | 10/11/2016 | Affirmed (JN) |
| State v. Sheridan | 27780, 27781 | 10/11/2016 | Affirmed (SMS) |
| State v. Angel | 27782 | 10/11/2016 | Affirmed (GWE) |
| Roach v. Dooley | 27785 | 10/11/2016 | Affirmed (SRJ) |
| Hybertson v. Hybertson | 27715 | 10/11/2016 | Affirmed (TWB) |
| Holder v. Holder | 27675 | 10/11/2016 | Affirmed (SLT) |
| State v. Toben | 27753 | 11/14/2016 | Affirmed (RLS) |
| State v. Lewis | 27711 | 11/14/2016 | Affirmed (DEH) |